IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR236 |
| | ) | |
| v. | ) | |
| | ) | |
| DARRELL HOWARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On October 19, 2006, the defendant appeared with counsel for a hearing on the

Petition for Warrant or Summons for Offender under Supervision (Filing No. 134).  Defendant

was present and represented by Assistant Federal Public Defender David O'Neill.  Plaintiff was

represented by Maria R. Moran, Assistant United States Attorney.  The defendant admitted to

allegations 1, 2 and 3 of the Petition, and the Court found the defendant to be in violation of his

terms of supervised release.  The Court then proceeded to sentencing.

IT IS ORDERED:

1.  Defendant's supervised release is hereby revoked, and the defendant is

sentenced to the custody of the Bureau of Prisons for a term of 24 months.  He is to be given

credit for time served since his placement into federal custody.

2.  Upon completion of the defendant's incarceration, his supervised release will

terminate.

3.  The Court recommends the defendant be allowed to serve his term of incarceration in a facility in North Carolina.

DATED this 19th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court